# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00191-CV

## In the Matter of K.D.W.

### FROM THE COUNTY COURT AT LAW NO. 1, HAYS COUNTY
### NO. 2733, HONORABLE HOWARD WARNER, JUDGE PRESIDING

Appellant, a juvenile, has filed an unopposed motion to dismiss her appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a)(2).

Lee Yeakel, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellant=s Motion

Filed:   May 2, 2002

Do Not Publish